# EXHIBIT A

## Losses on Real Property Loans - Sellers

| # | On or About | Property Address | Seller(Refinance) | Buyer/Borrower | Mortgagee | Fraud on Loan | Selling Price of Property | Loan Amount Obtained | Bank or Credit Union? | Status of Property | Known Loss | (90% of homes subject to foreclosure) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/24/2002 | 8020 Nestled Vista Ave, Las Vegas, NV 89128 | Daniel Burkhead and Melissa Burkhead | Jennifer Sellers | Fremont Investment & Loan | Sellers claims base employment income from Transtar Realty of $8,884.00/mo as a Telemarketer for the past 2 years. Sellers claims to pay rent of $1,890/mo on postal box that she claims had been her residence for 5 years. | $ 236,500.00 | $ 224,675.00 | Yes - FDIC Insured | Sold to an outside third party 3/2004 without a loss to lender. | N/A | N/A |
| 2 | 4/28/2003 | 10717 New Boro Ave. Las Vegas, NV 89144 | Martell Johnson (Micah Bowens) | Gina Greco | Long Beach Mortgage | Greco claims to make $9500/mo as Managing Director of Presidential Entertainment and claims to have paid rent on Newboro of $1,700/mo since 2/2002. | $ 260,000.00 | $ 206,400.00 | Yes - Washington Mutual | Sold to an outside third party 1/2004 without a loss to lender. | N/A | N/A |
| 3 | 5/30/2003 | 2793 Botticelli Drive Henderson, NV 89052 | Pardee Homes | Martell Johnson (Micah Bowens) | Wells Fargo Home Loans (Linear) | Bowens uses his stolen identity of "Martell Johnson" and claims to make $25,000/mo at Raven Capital for past 10 yrs. Provides paystubs and 3 paychecks from Raven Capital. | $ 550,500.00 | $ 495,315.00 | Yes Wells Fargo/ Norwest | Resold to Bowens' true identity in 3/2005 without a loss to lender. | N/A | N/A |
| 4 | 7/28/2003 | 1713 Sequoia Drive Henderson, NV 89014 | Donna Bushard | Charles W. Dozzell | Meritage Mortgage | C. Dozzell claims to have made $8,500/mo as Lead Engineer from MD2 and as Instruction Engineer with prior employer Solar Turbines Inc. | $ 290,000.00 | $ 290,000.00 | No - Private Lender | Resold to co-defendant Breanna Davis and now approaching foreclosure proceedings. (Estimated loss based on amount for this loan only) | N/A | $ 87,000.00 |
| 5 | 4/13/2004 | 7936 Aviano Pines Ave. Las Vegas, NV 89129 | (Refinance) | Alonzo Love | New Century Mortgage | Love claims to have made $6,500/mo working for MD2 as a Marketing Rep. for 2 years. "Latrell Sharpe" and "Marcus Dodel" verify Love's status as an MD2 employee. | (Refinance) | $ 263,700.00 | No - Private Lender | Resold to Michele Parker with Love continuing to make payments. Approaching foreclosure proceedings. (Estimated loss based on this loan only) | N/A | $ 79,110.00 |
| 6 | 6/29/2004 | 257 Palm Trace Ave. Las Vegas, NV 89148 | Marcus Dozzell | Kristy Murdock | New Century Mortgage | Murdock claims to have made $7,500/mo in salary and $8,500/mo in commissions in Promotions for Presidential Investment Group. "Martell Johnson" completes verification of employment from Sellers. | $ 400,000.00 | $ 400,000.00 | No - Private Lender | Resold to co-defendant Breanna Davis and subsequently foreclosed on in 4/2007. (Estimated loss based on amount for this loan only) | N/A | $ 120,000.00 |
| 7 | 6/30/2004 | 11159 Castelane Drive Las Vegas, NV 89141 | David Darby | Alonzo Love | Meritage Mortgage | Love claims to have made $10,347/mo from MD2 as a Marketing Assistant. Love or Sellers presents False CSE Federal Credit Union account statements showing an ending balance of $256,621. | $ 465,000.00 | $ 465,000.00 | No - Private Lender | Foreclosed in 10/2006 | $ 183,736.64 | 40% |
| 8 | 7/29/2004 | 5386 Altadonna Ave. Las Vegas, NV 89141 | Cassandra Mink | Angila Romious | New Century Mortgage | Romious claimed to make $15,000/mo as the Salse Manager for 360 Atlantic Sales in Las Vegas. Romious or Sellers also presented a false account statement for Vernon/Commerce CU with an ending balance of $63,108. | $ 650,000.00 | $ 650,000.00 | No - Private Lender | Foreclosed in 7/2008 -- Not yet resold | $ 148,980.00 | 23% |
| 9 | 9/10/2004 | 5557 Buena Martina Wy, Las Vegas, NV 89141 | Kiana Lee | Charles W. Dozzell | Finance America, LLC (BNC) | C. Dozzell claims to make $22,500/mo as Sales Manager (Time Shares) at MD2. C. Dozzell or Sellers also presented False CSE FCU account statements with a closing balance of $278,367.26. | $ 725,000.00 | $ 700,000.00 | No - Private Lender | Loan is in default as of 11/2007. | N/A | $ 210,000.00 |
| 10 | 9/20/2004 | 2762 Red Vista Court Henderson, NV 89074 | Jan M. Waters | Jennifer Sellers | Finance America, LLC (BNC) / Seller Carryback | Sellers claims to make base employment income of $41,000 (not commissions) a month from Transtar Realty. | $ 232,990.00 | $ 173,231.90 | No - Private Lender | "Resold" to Tam Sinegal on line 13 of this table. Sellers still made payments. | N/A | N/A |
| 11 | 3/1/2005 | 2181 Horse Prairie Drive Henderson, NV 89014 | (Refinance) | Jennifer Sellers | Accredited Home Lenders | Sellers provided false account statements for CSE Credit Union with an ending balance of $417,986.85. Sellers also claims inflated base employment income of $35,000/mo at Transtar Realty. | (Refinance) | $ 655,500.00 | No - Private Lender | Refinanced with First Franklin Savings and Loan on Line 15 of this table. | N/A | N/A |
| 12 | 7/29/2005 | 1405 Vegas Valley Dr. #355 Las Vegas, NV 89109 | (Refinance) | Jennifer Sellers | Accredited Home Lenders | Sellers claims base employment income of $15,836.88/mo from Transtar Realty. Sellers provides false account statements for CSE Federal Credit Union Statements with an ending balance of $491,734.57. | (Refinance) | $ 76,500.00 | No - Private Lender | Refinanced with Fremont Investment and Loan on Line 16 of this table. | N/A | N/A |
| 13 | 12/30/2005 | 2762 Red Vista Court Henderson, NV 89074 | Jennifer Sellers | Tam Sinegal | Mortgage Lenders Network USA, Inc. | Sinegal provides false CSE Federal Credit Union Statements with a $154,824.46 ending balance. | $ 300,000.00 | $ 300,000.00 | No - Private Lender | Foreclosed in 1/2008 -- Resold 8/2008 | $ 158,000.00 | 53% |
| 14 | 5/26/2006 | 25591 W St. Catharine Buckeye, AZ 85326 | Elliott Homes | Charles W. Dozzell | New Century Mortgage | C. Dozzell claims employment with MD2 for the past 3 years as Director of Sales with base employment income of $27,500/mo. | $ 222,004.00 | $ 221,983.00 | No - Private Lender | Trustee sale scheduled for 2/19/2008 | $ 101,083.00 | 46% |

**Relevant Conduct**

| # | On or About | Property Address | Seller(Refinance) | Buyer/Borrower | Mortgagee | Fraud on Loan | Selling Price of Property | Loan Amount Obtained | Bank or Credit Union? | Status of Property | Known Loss | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 12/5/2005 | 2181 Horse Prairie Drive Henderson, NV 89014 | (Refinance) | Jennifer Sellers | First Franklin Financial | Information requested and pending | (Refinance) | $ 725,000.00 | Yes - FDIC Insured | Foreclosed in 8/2008 -- Resold 12/2008 | $ 346,000.00 | 48% |
| 16 | 4/28/2006 | 1405 Vegas Valley Dr. #355 Las Vegas, NV 89109 | (Refinance) | Jennifer Sellers | Fremont Investment & Loan | Sellers claimed to earn a base employment income of $35,000/mo. from Transtar Realty. | (Refinance) | $ 100,000.00 | Yes - FDIC Insured | Loan is in default as of 10/2007 and 6/2008 | $ 30,000.00 | |
| 17 | 1/30/2006 | 10616 Amiville Court Las Vegas, NV 89129 | Tommy & Mandy Messengale/Jason Barfield | Louis Brown, III | Ownit Mortgage Solutions, Inc. (Phoenix, AZ) | Employment reported for Brown was 2.5 years at Furniture Gallery as Regional Sales Manager making $11,500/mo. Brown was actually a police officer making much less. | $ 523,000.00 | $ 523,000.00 | No - Private Lender | Foreclosed in 5/2008 -- Resold 8/2008 | $ 244,000.00 | 47% |
| 18 | 5/30/2006 | 8728 W. Gilmore Ave. Las Vegas, NV 89129 | Taylor Tran | Louis Brown, III | Equifirst Corporation | Employment reported for Brown was 2.5 years at Furniture Gallery as Regional Sales Manager making $13,000/mo. Brown was actually a police officer making much less. | $ 678,400.00 | $ 678,400.00 | No - Private Lender | Foreclosed in 7/2007 -- Not yet resold (Loss amount for 18 and 19 combined based on $542,720 for 1st loan and $200,000 second loan--Trustee Sale at $583,927.31) | $ 158,792.69 | 23% |
| 19 | 7/14/2006 | 8728 W. Gilmore Ave. Las Vegas, NV 89129 | (Refinance) | Louis Brown, III | American Brokers Conduit | Employment reported for Brown was 2.5 years at Furniture Gallery as Regional Sales Manager making $20,000/mo. Brown was actually a police officer making much less. | N/A | $ 200,000.00 | No - Private Lender | Foreclosed in 7/2007 -- Not yet resold Loss amount listed on #18 | N/A | |

|  |  |  |  | $ 7,348,704.90 |  | Column Total | $ 1,340,592.33 | $ 526,110.00 |
|---|---|---|---|---|---|---|---|---|

Relevant range - $1,000,000-$2,500,000

Add losses on auto loans
$ 1,866,702.33
$ 94,686.95

Total Loss
$ 1,961,391.28

# Losses on Vehicle Loans - Sellers

| On or About | Year/Make/Model/ VIN | Seller | Buyer/Lesee | Lessor/Lienholder | Fraud on Loan | Selling Price of Vehicle | Loan Amount Obtained/(Gross Capitalized Cost) | Bank or Credit Union (§1014)? | Status of Property | Known Loss | Estimated Loss (30% of Lien/ Costs Capitalized) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Relevant Conduct** | | | | | | | | | | | | |
| 6/7/2004 | 2004 BMW 45 LI #WBAGN63564DS53801 | Desert BMW of Las Vegas | Jennifer Sellers | BMW Financial Services | Sellers claims gross annual employment income of $150,000 from Transtar Realty. Sellers, who was between homes at the time, also claims to own a house with a mortgage. Sellers later subleases the vehicle to another party in violation of the lease agreement and refuses to surrender vehicle, resulting in an intended loss of the lease | $ 81,295.00 | $ (89,712.75) | No | Repossessed by lender without Sellers' Cooperation. | $ 73,324.94 | N/A | 82% |
| 10/13/2006 | 2006 Land Rover Range Rover | Land Rover Las Vegas | Jennifer Sellers | Land Rover Capital Group | Sellers claims gross monthly income of $30,000. | $ 72,995.00 | $ 71,213.37 | No | Unknown | N/A | $ 21,364.01 | |
| | | | | | | | $ 160,926.12 | | | $ 73,324.94 | $ 21,364.01 | |
| | | | | | | | | | | | $ 94,688.95 | |

Prepared by Richard Robinson